**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAY WINEGARD, on behalf of
himself and all others similarly
situated,

                           Plaintiff,

                                                      Case No.: 1:20-cv-06258-BMC

      v.

CONSUMER TECHNOLOGY ASSOCIATION
d/b/a WWW.CES.TECH.COM,

                           Defendants.
-----------------------------------------------------------X

## NOTICE OF SETTLEMENT

    Plaintiff, JAY WINEGARD, hereby notifies this Court that a settlement in principle has been reached in the instant action.  The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 26th day of February, 2021.

                                                    Respectfully Submitted,
                                                    By:   */s/ Mitchell Segal*
                                                    Mitchell Segal, Esq.
                                                   Law Offices of Mitchell S. Segal, P.C.
                                                   Attorney for Plaintiff
                                                   1129 Northern Boulevard, Suite 404
                                                   Manhasset, New York 11030
                                                   Ph:  (516) 415-0100
                                                   Fx:  (516) 706-6631
                                                   msegal@segallegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 26th day of February, 2021.

By: _/s/ Mitchell Segal_
Mitchell Segal, Esq.
(MS4878)