UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

JAY WINEGARD, on behalf of himself
and all others similarly situated,

                    Plaintiff,      Case No.: 1:20-cv-06258-BMC

    v.

CONSUMER TECHNOLOGY ASSOCIATION    NOTICE OF VOLUNTARY DISMISSAL
d/b/a WWW.CES.TECH                                PURSUANT TO F.R.C.P.
                    Defendant.     § 41(a)(1)(A)(i)
_____X

Pursuant to F.R.C.P. § 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JAY WINEGARD, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, CONSUMER TECHNOLOGY ASSOCIATION, without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated:  Manhasset, New York
        May 3, 2021

                                                      /s/  Mitchell Segal
                                             _____
                                             Mitchell Segal, Esq.
                                             Law Offices of Mitchell Segal P.C.
                                             Attorney for Plaintiff
                                             1129 Northern Boulevard, Suite 404
                                             Manhasset, NY 11030
                                             (516) 415-0100